UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BRIAN MARMULSTEIN,

                 Petitioner,

     vs                                              9:05-CV-230

WILLIAM PHILLIPS, Superintendent of Green
Haven Correctional Facility,

                 Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                               OF COUNSEL:

BRIAN MARMULSTEIN
Plaintiff, Pro Se
02-A-2964
Coxsackie Correctional Facility
Box 999
Coxsackie, NY 12051

HON. ANDREW M. CUOMO             STEVEN H. SCHWARTZ, ESQ.
Attorney General of the                 Asst. Attorney General
  State of New York
Attorney for Defendants
Department of Law
The Capitol
Albany, New York 12224

HON. DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Petitioner, Brian Marmulstein, brought this petition for a writ of habeas corpus

pursuant to 28 U.S.C. § 2254, with an amended petition being filed on April 21, 2005,

seeking federal habeas relief. By Report-Recommendation dated January 19, 2007, the

Honorable David R. Homer, United States Magistrate Judge, recommended that the

amended petition for a writ of habeas corpus be denied and dismissed in all respects. There have been no objections to the Report-Recommendation.

Accordingly, it is

ORDERED that the amended petition for a writ of habeas corpus is DENIED and DISMISSED in all respects.

The Clerk is directed to enter judgment accordingly.

IT IS SO ORDERED.

Dated: March 14 , 2007
       Utica, New York.

United States District Judge